UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| FRANK DANIEL FOURNIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14-cv-00351-JAW |
| | ) | |
| PAUL LEPAGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE
ORDER GRANTING MOTION TO EXTEND**

The United States Magistrate Judge filed with the Court on February 17, 2015 his Recommended Decision (ECF No. 32).  The Plaintiff filed his objections to the Recommended Decision on March 9, 2015 (ECF No. 34).  The Defendants did not file a response.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de</u> <u>novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.  It is therefore <u>ORDERED</u> that the Recommended Decision (ECF No. 32) of the Magistrate Judge be and hereby is <u>AFFIRMED</u>.

2.  It is further <u>ORDERED</u> that the Defendants' Motion to Dismiss (ECF No. 26) be and hereby is <u>GRANTED</u>.

3.  It is further <u>ORDERED</u> that the Plaintiff's Motion to Expedite Release By Default (ECF No. 17); Plaintiff's Renewed Motion to Expedite Immediate Release (ECF No. 18); Plaintiff's Third Motion to Expedite Immediate Release (ECF No. 19); and Plaintiff's Motion for Writ of Habeas Corpus Ad Testificandum (ECF No. 23) be and hereby are <u>DISMISSED</u> as moot.

4.  It is further <u>ORDERED</u> that Plaintiff be and hereby is <u>GRANTED</u> the opportunity within a reasonable period of time to assert a claim on the § 2254 habeas corpus form petition.

5.  It is further <u>ORDERED</u> that Plaintiff's Motion to Extend Time (ECF No. 35) be and hereby is <u>GRANTED.</u>

SO ORDERED.


<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of May, 2015